ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    FAX: (415) 436-6753
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DARNEKO YATES,<br><br>    Defendant. | NO. 23-CR-00318 AMO<br><br>STIPULATION TO VACATE MAY 1, 2024 BAIL REVIEW HEARING AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Darneko Yates that the bail review hearing previously scheduled for May 1, 2024, be vacated. The parties agree that Mr. Yates' whereabouts are currently unknown and have no expectation that he will appear for the May 1 hearing. His supervising Pretrial Services officer also reports that she has not had contact with Mr. Yates since the evening of April 24, 2024. The parties will request that this matter be added back on to calendar for an appearance before this Court once Mr. Yates' whereabouts become known.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:    April 30, 2024                         _____/s/_____
                                                 RICHARD EWENSTEIN
                                                 Assistant United States Attorney

DATED:    April 30, 2024                         _____/s/_____
                                                 SAMANTHA JAFFE
                                                 Counsel for Defendant Darneko Yates

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court vacates the bail review hearing set for May 1, 2024.

IT IS SO ORDERED.

DATED: April 30, 2024

_____
HON. DONNA M. RYU
Chief Magistrate Judge